**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| FREDDIE AMERICA, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00004-MJT-CLS |
| | § | |
| THE GOVERNOR OF TEXAS, THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, THE COMMISSIONER OF EDUCATION, THE CHIEF APPRAISER OF COLLIN COUNTY, THE BOARD MEMBERS OF THE COLLIN COUNTY APPRAISAL REVIEW BOARD, | § | |
| *Defendants*. | § | |

**ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, this proceeding is before the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. § 636(b)(1); E.D. Tex. Loc. R. CV-72.

On June 16, 2026, Judge Stetson issued a Report and Recommendation [Dkt. 32] advising this Court to grant the Chief Appraiser of Collin County, Texas's Motion to Dismiss [Dkt. 31], deny the Chief Appraiser's attempted joinder [Dkt. 29] as improvident, and dismiss all *pro se* Plaintiff Freddie America's claims without prejudice for lack of jurisdiction. *See* [Dkt. 32 at 4]. No objections to the Report and Recommendation have been filed and the time to object has now passed. As such, the Court reviews the Report and Recommendation for clear error, and it finds none. Therefore, it is

**ORDERED** that the Report and Recommendation [Dkt. 32] is **ADOPTED**, that the Chief Appraiser's Motion for Joinder [Dkt. 29] is **DENIED** as improvident, and that the Chief Appraiser's Motion to Dismiss [Dkt. 31] is **GRANTED**.  It is

**FURTHER ORDERED** that all Plaintiff's claims are **HEREBY DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.  A final judgment will be entered.

**SIGNED this 8th day of July, 2026.**

Michael J. Truncale
United States District Judge